IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GRAYSON KASH JACKSON
a/k/a Benjamin Adam Winderweedle                                              PETITIONER

v.                               CASE NO. 2:22-CV-2014

SHERIFF JASON W. MASSEY AND
LESLIE RUTLEDGE, Arkansas Attorney General                                    RESPONDENT

# ORDER

The Court has received a report and recommendation (Doc.16) from Chief U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny the petition for a writ of habeas corpus. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this April 4, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE